

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER WASHINGTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-4328 |
| | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

**FILED**

**FEB - 3 2016**

**MICHAEL E. KUNZ, Clerk**
**By_____Dep. Clerk**

## ORDER

JEFFREY L. SCHMEHL, J.

AND NOW, this $\cancel{\phantom{o}}^{rd}$ day of **FEB.** 2016, upon consideration of Plaintiff's

request for review, and Defendant's response, and after careful review of the Report and

Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

JEFFREY L. SCHMEHL, J.
UNITED STATES DISTRICT COURT

2-3-16 mailed to ProSe

e-mailed to:

M. Littman
R. Drum